IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HAMID ALI BUTT,** : | |
| Petitioner, : | |
| vs. : | CA 08-0672-CG-C |
| **ERIC HOLDER, Attorney** : | |
| **General of the United States, et al.,** | |
| : | |
| Respondents. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 19, 2009, and the Supplemental Report and Recommendation dated April 10, 2009, are **ADOPTED in part.** In light of the respondent's second amended answer to petitioner's complaint declaratory and injunctive relief and petition for writ of habeas corpus 28 U.S.C. § 2241 filed on April 16, 2009 (Doc. 13), to which is attached a copy of an order of supervision issued by the Department of Homeland Security that represents that the petitioner was released on April 11, 2009, the court finds that the petition for writ of habeas corpus is **MOOT**.

**DONE and ORDERED** this 17th day of April, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE